UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA JACOBS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 14-12536-LTS |
| DAVID SOARS, et al., | ) ) | |
| Defendants. | ) ) ) | |

ORDER ON REPORT AND RECOMMENDATIONS

December 19, 2014

SOROKIN, J.

On December 2, 2014, Magistrate Judge Kelley issued a Report and Recommendations (Docket #115) on Defendant Kopelman & Paige, P.C.'s Partial Motion to Dismiss (Docket #41). After careful consideration and de novo review of the Report and Recommendations in light of the objections filed by Plaintiff (Docket ##127, 128), the Court hereby ADOPTS the Report and Recommendations as follows: The Partial Motion to Dismiss is ALLOWED and Counts I and II are DISMISSED for failure to state a claim, while the remaining claims are DISMISSED WITHOUT PREJUDICE. Plaintiff, however, may file an Amended Complaint within 45 days.

On December 2, 2014, Magistrate Judge Kelley issued a Report and Recommendations (Docket #116) on Defendants David Soars, Deborah Davenport, Town Of Weston, Donna Vanderclock, Ed Coburn, Doug Gillespie, Mike Harrington, Eric Josephson, Gary Koger, Paul Zorgass, Phyllis Kominz, Allan Orth, Tamilyn Levin, William O'Neil, Steve Shaw, John Lyons,

Dan McGuire, William Carlo, Mike Forti, Efthimios Bousios, and Louison, Costello, Condon & Pfaff, LLP's Motion to Dismiss (Docket #44). After careful consideration and de novo review of the Report and Recommendations in light of the objections filed by Plaintiff (Docket ##127, 128), the Court hereby ADOPTS the Report and Recommendations as follows: The Motion to Dismiss is ALLOWED and Counts I and II are DISMISSED for failure to state a claim while the remaining claims are DISMISSED WITHOUT PREJUDICE. Plaintiff, however, may file an Amended Complaint within 45 days.

SO ORDERED.

  /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge